UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALENA TROIA, on behalf of herself and other individuals similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NORTH CENTRAL COLLEGE,<br><br><br>      Defendant. | Case No. 1:20-cv-05229<br><br>Judge John F. Kness<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Plaintiff ALENA TROIA, by and through her counsel, and Defendant NORTH CENTRAL COLLEGE, by and through its counsel, hereby submit this joint status report pursuant to Magistrate Judge Gabriel A Fuentes' August 16, 2024 Minute Entry (Dkt. 66) and to advise the Court that as a result of mediation on August 13, 2024, before Hon. Morton Denlow (Ret.), the Parties have agreed in principle to the terms of a class action settlement to resolve the claims of Plaintiff and putative class members. The Parties executed a Term Sheet but respectfully request until November 8, 2024, to draft and execute a comprehensive Settlement Agreement and submit a motion for Preliminary Approval of the Proposed Class Action Settlement to the Court. The motion will include a proposed notice and detailed procedures proposed and agreed upon by the Parties to ultimately resolve and dismiss this action. The Parties requested, and Magistrate Judge Fuentes granted, a stay of discovery through the approval process. Thus, the Parties request that the Court stay all other litigation deadlines through the approval process. Additionally, the Parties request that the Court vacate the October 3, 2024, status conference.

To the extent that the Court has any questions, the Parties are available at the Court's convenience.

Dated: October 1, 2024           Respectfully submitted,

**PLAINTIFF ALENA TROIA**

By: */s/ (Eddie) Jae K. Kim*
**Attorney for Plaintiff**

(Eddie) Jae K. Kim
ekim@lcllp.com
Tiffine E. Malamphy
tiffine@lcllp.com
**LYNCH CARPENTER LLP**
117 East Colorado Blvd, Suite 600
Pasadena, CA 91105
Tel: (619) 756-6991

Michael A. Tompkins, Esq. (To apply Pro Hac Vice)
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
mtompkins@leedsbrownlaw.com

Jeremy Francis, Esq. (To apply Pro Hac Vice)
**SULTZER & LIPARI**
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (212) 969-7810
francisj@thesultzerlawgroup.com

**DEFENDANT NORTH CENTRAL COLLEGE**

By: */s/ Andrew D. Welker*[1]
**Attorney for Defendant**

Andrew D. Welker
**Jackson Lewis P.C.**

---

[1] Authorization of filing using Mr. Welker's electronic signature was provided via email on October 1, 2024 at 10:55 a.m. ET.

2

        150 North Michigan Avenue  
        Suite 2500  
        Chicago, IL 60601  
        (312) 787-4949  
        (312) 787-4995 (Fax)  
        Andrew.Welker@jacksonlawis.com