**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Alena Troia
                    Plaintiff,

v.                                        Case No.: 1:20–cv–05229
                                                Honorable John F. Kness

North Central College
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 14, 2025:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's motion for preliminary approval of settlement [79] is granted. Enter separate order. The status hearing set for 2/20/2025 is stricken and a final approval hearing is set for 5/21/2025 at 1:30 P.M. That hearing will be held in–person in Courtroom 2125. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.