UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALENA TROIA, on behalf of herself and other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTH CENTRAL COLLEGE,<br><br>Defendant. | Case No. 1:20-cv-05229 |

**PLAINTIFF'S MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Alena Troia, on behalf of herself and a putative class of other similarly situated individuals, respectfully moves under Fed. R. Civ. P. 23 for an Order granting final approval of the Parties' Settlement[1], and approving the Settlement Fund Distributions. Defendant North Central College does not oppose the relief sought in this Motion.

Dated: May 9, 2025

Respectfully submitted,

*/s/ (Eddie) Jae K. Kim*
(Eddie) Jae K. Kim, Esq.
Tiffine E. Malamphy, Esq.
**LYNCH CARPENTER, LLP**
117 East Colorado Blvd, Suite 600
Pasadena, CA 91105
(626) 550-1250
ekim@lcllp.com
tiffine@lcllp.com

Michael A. Tompkins, Esq.
**LEEDS BROWN LAW, P.C.**

---

[1] Unless otherwise noted, all capitalized terms herein shall have the same meaning as set forth in the Stipulation of Settlement, filed at ECF No. 81-1.

One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com

Jason P. Sultzer, Esq.*
Jeremy Francis, Esq.*
**THE SULTZER LAW GROUP, P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com
francisj@thesultzerlawgroup.com

**Admitted Pro Hac Vice*
*Attorneys for Plaintiff and the Class*