# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alena Troia

                Plaintiff,

v.                                                        Case No.: 1:20–cv–05229

                                                                        Honorable John F. Kness

North Central College

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

       MINUTE entry before the Honorable John F. Kness: Final settlement fairness hearing held on 5/21/2025. Counsel for both parties appeared. For the reasons stated on the record and with no objections, the Motion for Final Approval of Class Action Settlement [89] and Motion for attorney fees [91] are granted. Enter separate Order Granting Final Approval of Class Action Settlement, Award of Attorneys' Fees and Costs and Service Award, and Entering Final Order and Judgment. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.